IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-01317-WDM-BNB

BILL WILSON,

Plaintiff,

v.

ACHATES MORTGAGE CORPORATION
ACHATES FINANCIAL SERVICES GROUP,
CRAIG D. JOHNSON, individually and in his official capacity,
VALLE RON, individually and in his official capacity,
GEORGE REINHART, individually and in his official capacity,
RICH RENNIE, individually and in his official capacity,
DEBBIE RENNIE, individually and in his official capacity,
VERN SHIPLEY, individually and in his official capacity, and
JOHN DOE #1 - JOHN DOE #5, individually and in his official capacity,

Defendants.

_____

**ORDER**
_____

I am informed that this case has been resolved. Accordingly,

IT IS ORDERED that on or before **November 8, 2005**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated October 25, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge