IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 04-cv-01317-WDM-BNB

BILL WILSON,

    Plaintiff,

v.

ACHATES MORTGAGE CORPORATION, et al.,

    Defendants.

## NOTICE OF DISMISSAL

The court takes judicial notice that the parties have filed a Stipulation for Dismissal With Prejudice in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, the complaint is dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado on November 10, 2005.

                        BY THE COURT:

                        /s/ Walker D. Miller
                        United States District Judge